UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION,<br><br>                                Plaintiff,<br><br>v.<br><br>EMPIRE, LLC, et al.,<br><br>                                Defendants. | Case No. 2:13-cv-02345-APG-PAL<br><br>ORDER<br><br>(Mot. Stay – Dkt. #26) |

Before the court is Plaintiff First Tennessee Bank National Association's Motion to Stay Proceedings (Dkt. #26) and Memorandum (Dkt. #27). No opposition to the motion has been filed, and the time for filing a response has run.

Plaintiff requests a sixty-day stay of proceedings in this case to obtain the approval from the Federal Trade Commission and state officials in New York and Florida for the parties' settlement. The parties have executed an agreement which requires approval of the FTC, officials in the State of New York and the State of Florida and the presiding district judge in the case of *Federal Trade Commission, et al. v. The Tax Club, Inc., et al*, Case No. 13-cv-0210-JMF.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Plaintiff's Motion to Stay Proceedings (Dkt. #26) is **GRANTED**, and this case shall be stayed until July 14, 2014.

2. The parties shall have until July 18, 2014, in which to file a stipulation for dismissal with prejudice in the event all required approvals for the settlement have been received.

1	3.	If the parties have not yet obtained necessary approval for their settlement, the
2	parties shall have until July 18, 2014, in which to file a joint status report apprising the court of
3	the status of efforts to obtain approval, and when the parties anticipate filing the stipulation for
4	dismissal.

5	DATED this 2nd day of June, 2014.

```
                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE
```